THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAUN MC-MANUS, Appellant, v MARTIN F. HORN, Commissioner of the New York City Department of Corrections, Respondent.

Submitted December 6, 2010; decided February 17, 2011

Motion for leave to appeal granted. Motion for poor person relief granted.